### 19799. MORRIS *v.* THE STATE.

      DECIDED JULY 9, 1929.

*T. M. Hunt,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

LUKE, J. Morris, a cropper, was convicted of disposing of a part of the crop grown by him before his landlord had received the landlord's part of the crop. He moved for a new trial upon the usual general grounds and upon the ground that the venue was not proved. The evidence is amply sufficient to show that Morris

committed the offense charged; and the venue was shown by the landlord's testimony that defendant was a cropper on land "which was partly in the 108th and 111th districts, Georgia Militia, . . Hancock county."

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*